UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
Jonathan D. Jones, )
) Case No. 14-00338-TOM-13
)
DEBTOR. )

## DEBTOR'S MOTION FOR REFUND

The Debtor, by and through his attorney of record, hereby moves this Court for a distribution from the Chapter 13 Trustee in the amount of $2,487.59 and in support thereof states as follows:

1. On February 4, 2014, the Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor has been in his case for thirty (30) months and is scheduled to payout six (6) months ahead of schedule. The Debtor is paying 100% to his general unsecured creditors and is payroll deducted. The Debtor is $2,882.69 ahead of schedule according to the Chapter 13 Standing Trustee's Interim Report Statement dated August 23, 2016.

3. On June 27, 2016, Wells Fargo remitted $2,487.59 to the Chapter 13 Trustee. This money represented a refund for the Debtor's escrow account with Wells Fargo. The refund was due to the Debtor obtaining different home owner's insurance which dramatically reduced his annual premiums.

4. The Debtor is currently completing emergency repairs on his home and it is need of these monies to complete said repairs.

5. The refund of the escrow monies submitted to the Chapter 13 Trustee on June 27, 2016, by Wells Fargo in the amount of $2,487.59 would not be detrimental to the creditors of the Debtor because the plan payments submitted to the Court, after the monies were refunded, still exceeds the plan schedule pursuant to the Order of Confirmation.

WHEREFORE, the Debtor respectfully moves this Court for a distribution refund from the Chapter 13 Standing Trustee in the amount of $2,487.59.

C. Taylor Crockett
Attorney for Debtor

OF COUNSEL:
C. Taylor Crockett, P.C.
2067 Columbiana Road
Birmingham, AL 35216
Telephone: (205) 978-3550

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the following and the Matrix by electronic filing and/or by placing a copy to each in the U.S. Mail first-class postage prepaid this, the 25th day of August, 2016.

D. Sims Crawford
Chapter 13 Trustee
P.O. Box 10848
Birmingham, AL 35202

C. Taylor Crockett

| | | |
|---|---|---|
| Ford Motor Credit<br>P. O. Box 6508<br>Mesa, AZ 85216 | GE Capital Retail Bank/Lowe's<br>P. O. Box 103104<br>Roswell, GA 30076 | Stokes & Clinton, P.C.<br>P.O. Box 991801<br>Mobile, AL 36691 |
| Regions Mortgage<br>P.O. Box 200401<br>Florence, SC 29502 | GE Capital Retail Bank/Rooms to Go<br>P. O. Box 103104<br>Roswell, GA 30076 | U.S. Attorney<br>Northern District of Alabama<br>1801 4th Avenue N<br>Birmingham, AL 35203 |
| Valley Credit Union<br>P.O. Box 388<br>Tuscumbia, AL 35674-0388 | Medical West Physicians<br>C/O Nationwide Recovery Service<br>545 W. Inman Street<br>Cleveland, TN 37311 | |
| Wells Fargo Home Mortgage<br>Attn: Bankruptcy<br>3476 Stateview Blvd<br>Fort Mill, SC 29715 | Allied Interstate<br>3000 Corporate Exchange Dr 5th Fl<br>Columbus, OH 43231 | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Dept. of the Treasury<br>Financial Management<br>P.O. Box 1686<br>Birmingham, AL 35201-1686 | |
| Army & Air Force Exchange Services<br>Attn: FA - F/R<br>P.O. Box 650038<br>Dallas, TX 75265-0038 | Integrity Solution Services, Inc.<br>4370 W. 109th Street<br>Suite 100<br>Overland Park, KS 66211 | |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | NCO Financial<br>507 Prudential Road<br>Horsham, PA 19044 | |
| Directv<br>C/O AFNI, Inc.<br>1310 Martin Luther King Drive/PO Bx 3517<br>Bloomington, IL 61702-3517 | Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 23502 | |
| Fedloan Servicing<br>US Dept. of Education<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Regions Mortgage, Inc.<br>P.O. Box 18001<br>Hattiesburg, MS 39404 | |